```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                         CASE NO. 06 B 08147
   JERMAINE SMITH
   DANIELLE A ROBINSON-SMITH                   CHAPTER 13

                                               JUDGE: BRUCE W BLACK
          Debtor
   SSN XXX-XX-0274    SSN XXX-XX-3900
```

---
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 07/11/06 and confirmed on 09/14/06.

2. The case was converted to Chapter 7 after confirmation, 11/12/2008.

3. The Debtor paid a total of $ 22657.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE HOME FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| CHASE HOME FINANCE | MORTGAGE ARRE | 7995.96 | .00 | 7995.96 |
| GREAT AMERICAN FINANCE | SECURED | 1000.00 | 71.98 | 1000.00 |
| GROUP HEALTH CREDIT UNIO | SECURED VEHIC | 587.87 | 18.49 | 587.87 |
| NUVELL CREDIT COMPANY LL | SECURED VEHIC | 13693.00 | 1641.06 | 7470.75 |
| ADVENTIST HINSDALE HOSPI | UNSECURED | NOT FILED | .00 | .00 |
| GOOD SAMARITAN HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| ANDERSON FIN NETWORK | UNSECURED | NOT FILED | .00 | .00 |
| ANDERSON FIN NETWORK | UNSECURED | NOT FILED | .00 | .00 |
| BAUTISTA LANDSCAPING | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| SMC | UNSECURED | 849.75 | .00 | .00 |
| COLLECTION COMPANY OF AM | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| ALAN VILLANEUVA DMD | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE EMERGENCY PHYSICI | UNSECURED | NOT FILED | .00 | .00 |
| EDWARD HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS AMERICAN WATER | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| I C COLLECTION SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| NORTH RIVERSIDE | UNSECURED | NOT FILED | .00 | .00 |
| LOYOLA UNIVERSITY PHYS F | UNSECURED | 277.74 | .00 | .00 |
| LVNV FUNDING | UNSECURED | NOT FILED | .00 | .00 |
| MCI WORLDCOM RES SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| MERCHANTS CREDIT GUIDE | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 610.24 | .00 | .00 |

```
PENTAGROUP FINANCIAL       UNSECURED      NOT FILED            .00         .00
PROFESSIONAL ACCOUNTS MG   UNSECURED      NOT FILED            .00         .00
PROVIDIAN NATIONAL BANK    UNSECURED      NOT FILED            .00         .00
ROUNDUP FUNDING LLC        UNSECURED        1148.57            .00         .00
COMED                      UNSECURED      NOT FILED            .00         .00
US DEPARTMENT OF EDUCATI   UNSECURED       10884.92            .00         .00
GREAT AMERICAN FINANCE     UNSECURED         973.53            .00         .00
ILLINOIS DEPT REVENUE      PRIORITY         5987.30            .00      603.31
ILLINOIS DEPT REVENUE      UNSECURED         528.56            .00         .00
      Summary of disbursements:
-----------------------------------------------------------------------------
                  SECURED      PRIORITY     UNSECURED        OTHER       TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED  23276.83     5987.30     15273.31          .00    44537.44
PRINCIPAL PAID      17054.58      603.31          .00          .00    17657.89
INTEREST PAID        1731.53          .00         .00          .00     1731.53
TOTAL PAID          18786.11      603.31          .00          .00    19389.42
```

The Debtor's attorney, RICHARD S BASS          , was allowed $  2800.00
and was paid $     500.00  direct and $    2300.00  through the plan.

The Trustee received $     967.58 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 02/12/09              /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO. 06 B 08147 JERMAINE SMITH & DANIELLE A ROBINSON-SMITH